UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BONNIE CURRAN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOHN CODDINGTON, ) <br> in his individual capacity, ) <br> ) <br> Defendant ) | Case No. 1:19-cv-12548-RWZ |

## DEFENDANT JOHN CODDINGTON'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes Defendant John Coddington who moves for judgment on the pleadings on all claims pursuant to Fed. R. Civ. P. 12(c). The sole claim in this matter is for monetary relief under 42 U.S.C. § 1983 in which Plaintiff Bonnie Curran alleges that Coddington, acting as a duly appointed hearing officer for the Medford Housing Authority, violated her First Amendment rights by recommending and causing her discharge. That claim fails as a matter of law because Coddington is entitled to absolute quasi-judicial immunity, the Complaint fails to allege a constitutional violation, Coddington is entitled at least to qualified immunity, and abstention is required pursuant to the Younger Abstention Doctrine because an appeal of Curran's discharge is currently ongoing in Massachusetts Superior Court. In support of this motion, Defendant John Coddington incorporates his Memorandum of Law which is filed herewith.

*In light of the pendency of a related, and possibly dispositive, case in the state court, it is appropriate for this court to defer decision on the instant motion until the state case is resolved.*

Rya W Zobel, J
6/4/21

2443168_1

1

Respectfully submitted

JOHN CODDINGTON,

By his attorneys,

/s/
John Egan (BBO# 151670)
jegan@rubinrudman.com
William D. Black (BBO# 703229)
wblack@rubinrudman.com
Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109
Tel: (617) 330-7000
Fax: (617) 330-7550

Date:  August 7, 2020

## CERTIFICATE OF SERVICE

I, John Egan, hereby certify that on this 7th day of August, 2020, a true and correct copy of the foregoing Motion for Judgment on the Pleadings was served on Plaintiff's counsel through the Court's CM/ECF system:

Joseph L. Sulman
Law Office of Joseph L. Sulman, Esq.
391 Totten Pond Road, Suite 402
Waltham, MA 02451

/s/
John Egan